

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-8-2008

# USA v. Doe

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1482

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Doe" (2008). *2008 Decisions*. Paper 1255.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1255

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

May 7, 2008

**No. 04-1482 & 04-1483**

UNITED STATES OF AMERICA

v.

JOHN DOE

Appellant

(Eastern District of Pennsylvania D.C. 01-cr-00565-2)

**Present:    SLOVITER, JORDAN and ALARCON, Circuit Judges**

Motion by Appellant to Seal, Re-Docket & Reissue this Matter as a "John Doe" Case and a Request for the Posting of an Order Regarding the Removal of the Matter.

**Response due 5/5/08.**                                     /s/Stephanie Wells

Case Manager (267)299-4947

**O R D E R**

**The foregoing** motion is granted.  The previously-filed not precedential opinion and the judgment is recalled and will be removed from the Court's website.  The not precedential opinion and judgment will be reissued.  These consolidated appeals are deemed sealed.

**By the Court,**

**/s/   Dolores K. Sloviter**

**Circuit Judge**

**Dated:** May 8, 2008

smw/cc:     Mary E. Crawley, Esq.
                  Robert A. Zauzmer, Esq.
                  Sondra R. Rodrigues, Esq.